### BOYNTON v. KEESEVILLE ELECTRIC LIGHT & POWER CO.

(Supreme Court, General Term, Third Department.   May 8, 1894.)

Action by Adelbert W. Boynton against the Keeseville Electric Light & Power Company.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion.   Judgment affirmed, with costs.   See 25 N. Y. Supp. 741.

---

### HOLMES v. JONES.

(Supreme Court, General Term, Third Department.   May 8, 1894.)

Action by Ebenezer Holmes against Gilbert E. Jones, as treasurer of the New York Times.

Argued before MAYHAM, P. J., and HERRICK, J.

No opinion.   Judgment affirmed, with costs.   See 23 N. Y. Supp. 631.

---

### MITCHELL, Respondent, v. TURNER, Appellant.

(Supreme Court, General Term, Third Department.   May 8, 1894.)

Action by Sidney Mitchell, Jr., against Benton Turner.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Judgment affirmed, with costs.   Memorandum by HERRICK, J.   (Not for publication.)

---

### PEOPLE ex rel. DEXTER v. PALMER et al.

(Supreme Court, General Term, Third Department.   May 8, 1894.)

Proceeding by the people on the relation of Orrando P. Dexter against Elijah A. Palmer and others, as assessors.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion.   Order reversed, case to be returned to special term to be heard upon the merits, upon the appellant's paying $50, and printing and other disbursements of this appeal.

---

### ROULSTON, Appellant, v. ROULSTON, Respondent.

(Supreme Court, General Term, Third Department.   May 8, 1894.)

Action by Samuel L. Roulston against Arthur Roulston, as executor, etc.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

R. E. Waterman, for appellant.

John C. Keeler, for respondent.

PER CURIAM.   Order affirmed on the opinion of the court below.   26 N. Y. Supp. 667.